UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARK STEWART, #598165**<br>    **SECTION P** | **:** | **CASE NO. 2:20-CV-568** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR. J** |
| **D S O, ET AL.** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' motion for summary judgment [Doc. 17] be **GRANTED** and plaintiff's claims against them be dismissed with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 8th day of November, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**