UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARK STEWART** | : | **DOCKET NO. 20-CV-0568** |
| **D.O.C. # 598165** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JDSO, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## FINAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against the JDSO be **DISMISSED WITH PREJUDICE** and that this proceeding be terminated.

**THUS DONE AND SIGNED** in Chambers this 24th day of February, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**